IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TERRILL SMITH,

               Plaintiff,

   vs.

ANGELA FOLTZ OBERLEE,

              Defendant.

**4:23CV3251**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On December 27, 2023, Plaintiff filed a Complaint, Filing No. 1, while she was incarcerated in the Nebraska Department of Correctional Services' ("NDCS") Correctional Center for Women in York, Nebraska. According to the NDCS' online inmate records, Plaintiff was released from custody on March 19, 2024, and is no longer confined at the Correctional Center for Women. *See* https://dcs-inmatesearch.ne.gov/Corrections/COR_input.jsp (last visited Aug. 4, 2025). Plaintiff has an obligation to keep the Court informed of her current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update her address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **September 3, 2025**: check for address.

Dated this 4th day of August, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge