IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRILL SMITH,<br><br>            Plaintiff,<br><br>vs.<br><br>ANGELA FOLTZ OBERLEE,<br><br>            Defendant. | 4:23CV3251<br><br>**MEMORANDUM AND ORDER** |

On August 4, 2025, the Court ordered Plaintiff to update her address with the Court within 30 days or face dismissal of this action. Filing No. 10.[1] To date, Plaintiff has not updated her address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 11th day of September, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

---

[1] On August, 26, 2025, a copy of the Court's order was returned as undeliverable and resent to the address provided on the returned mail envelope. *See* Filing No. 11. However, the resent order was also returned to the Court as undeliverable on September 10, 2025. *See* Filing No. 12.